## Commonwealth *v.* Trzcinski, Appellant.

Submitted March 19, 1973. *Francis X. Nolan*, and *Donsky, Katz, Levin & Dashevsky*, for appellant; *James T. Ranney* and *Milton M. Stein*, Assistant District Attorneys, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Turner, Appellant.

Argued March 12, 1973. *Charles N. Caputo*, for appellant; *Michael H. Ranck*, Assistant District Attorney, with him *D. Richard Eckman*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

CERCONE, J., dissents.